IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNRIDGE SCHOOL DISTRICT, et al. | : | NO. 17-3570 |
|     Defendants. | : | |

## ORDER

AND NOW, on May 7, 2019, upon consideration of: (1) Defendant's Motion for Summary Judgment (doc. 78) and the responses thereto; (2) Plaintiff's Motion for Summary Judgment (doc. 81) and the responses thereto; and (3-5) Plaintiff's Motions to Seal (docs. 82, 89, and 94), it is ORDERED that:

1.	Defendant's Motion is GRANTED in PART and DENIED in PART: Claim 5 is DISMISSED; Defendants DeBona and Rattigan are DISMISSED from Claim 3; and Defendant's Motion to otherwise Dismiss Claims 1, 2, 3, and 4 is DENIED.

2.	Plaintiff's Motion for Summary Judgment is DENIED.

3.	Plaintiff's Motions to Seal are GRANTED.

BY THE COURT:

*/s/Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE